JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JUAN MENDOZA, | No. CV 17-00739-ODW (JDE) |
| Petitioner, | JUDGMENT |
| v. | |
| WARDEN MONTGOMERY, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

Dated: March 25, 2019

OTIS D. WRIGHT, II
United States District Judge